UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : Case No. 3:15-mj-00174(WIG) |
| KYLE NAVIN | : September 10, 2015 |

## CONSENT MOTION TO CONTINUE DETENTION HEARING

The Defendant, Kyle Navin, moves this Court to enter an Order continuing the 18 U.S.C. §3142(f) detention hearing in this matter which is presently scheduled for Friday, September 11, 2015, to a date to be subsequently determined. In support thereof, the Defendant states that the requested continuance is necessary for the Defendant to obtain additional information to be presented to the Court at said hearing. The Defendant consents to a continuation of his detention without prejudice subject to prompt reconsideration by the Court of this issue at a later date. AUSA Tracy Lee Dayton consents to the granting of this Motion.

WHEREFORE, the Defendant requests said Motion be granted.

THE DEFENDANT
KYLE NAVIN

BY /s/Eugene J. Riccio
Eugene J. Riccio
The Law Offices of Gulash & Riccio
350 Fairfield Avenue
P.O. Box 9118
Bridgeport, CT 06601
Telephone:  203-367-7440
Facsimile:  203-336-8379
Bar No.:  ct06619
admin@gulashandriccio.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eugene J. Riccio
Eugene J. Riccio, Esq.
The Law Offices of Gulash & Riccio
350 Fairfield Avenue
P.O. Box 9118
Bridgeport, CT 06601
Telephone: 203-367-7440
Facsimile: 203-336-8379
Bar No.: ct06619
admin@gulashandriccio.com